UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY TIPPINS,

                Petitioner,                           Case Number 2:08-CV-13769
                                                          Honorable Patrick J. Duggan

v.

MILLICENT WARREN, Warden,

                Respondent.

_____/

## JUDGMENT

      Petitioner Johnny Tippins ("Petitioner"), a Michigan prisoner, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is challenging his conviction on January 10, 2003, in the Circuit Court for Wayne County, Michigan.  On that date, following a bench trial, Petitioner was convicted of second-degree murder in violation of Michigan Compiled Laws § 750.317, felon in possession of a firearm in violation of Michigan Compiled Laws § 750.224f, and commission of a felony with a firearm in violation of Michigan Compiled Laws § 750.227b.  In an Opinion and Order issued on this date, the Court held that Petitioner is not entitled to the writ of habeas corpus.  The Court also concluded that Petitioner is not entitled to a certificate of appealability.

      Accordingly,

      **IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application

for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH**

**PREJUDICE**.

Dated:March 15, 2011

<u>s/Patrick J. Duggan</u>
United States District Judge

Copies to:
Johnny Tippins
#342855
Ryan Correctional Facility
17600 Ryan Road
Detroit, MI 48212

AAG Laura Moody